**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ROBERT DANLEY,**

       **Plaintiff,**

v.                                 **CASE NO.: 8:14-cv-00055-EAK-TBM**

**AMERIGAS PROPANE, INC.,**

       **Defendant.**

_____/

**NOTICE OF PENDING SETTLEMENT**

    Plaintiff, Robert Danley, by and through undersigned counsel, hereby files this Notice of Pending Settlement.  By submission of this Notice, submitting counsel represents that this matter has settled in principle and the parties are working toward finalizing resolution at this time.

Dated:  May 21, 2014                           Respectfully Submitted,

                                                   **CENTRONE & SHRADER, LLC**
                                                   1710 N. 19th Street, Suite 205
                                                   Tampa, Florida 33605
                                                   Phone:  (813) 360-1529
                                                   Fax:     (813) 336-0832

                                                   /s/ Brian L. Shrader
                                                  _____
                                                 **GUS M. CENTRONE, ESQ.**
                                                  Florida Bar No. 30151
                                                 e-mail: gcentrone@centroneshrader.com
                                                 **BRIAN L. SHRADER, ESQ.**
                                                 Florida Bar No. 57251
                                                 e-mail: bshrader@centroneshrader.com
                                                 Attorneys for Plaintiff

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on May 21, 2014, I presented a true and correct copy of the foregoing to the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, for filing and uploading to the CM/ECF system.

      /s/ Brian L. Shrader_____
      Attorney